IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAREN JEAN MILLER,

        Petitioner,                              No. CIV S-06-2168 DFL GGH P

    vs.

KATHY PROSOPER, et al.,

        Respondent.                              ORDER

_____/

        On December 15, 2006, respondent filed a request for an extension of time to file a response to the petition.  Good cause appearing, IT IS HEREBY ORDERED that respondent's response is due on or before February 13, 2007.

DATED:   1/3/07

                     /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

mill2168.eot

1