IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAREN JEAN MILLER,

    Petitioner,                     No. CIV S-06-2168 DFL GGH P

    vs.

KATHY PROSPER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. When petitioner filed this action on October 2, 2006, he was incarcerated in state prison. On November 16, 2006, the court ordered respondent to file a response to the petition.

        On February 9, 2007, respondent filed a second request for extension of time to file a response on grounds that counsel is on jury duty. Respondent also states that petitioner has paroled and respondent has no forwarding information for petitioner.

        Petitioner has not filed a notice of change of address with the court notifying the court of his new address following his release on parole. If petitioner is not interested in pursuing this action, it does not make sense for respondent to file a response. Accordingly, the court will direct petitioner to file a notice of change of address. Following receipt of this

1

document, the court will re-set the time for respondent to file a response.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Within ten days of the date of this order, petitioner shall file a notice of change of address; if petitioner does not respond to this order, the court will recommend dismissal of this action;

   2. The November 16, 2006, order directing respondent to file a response is vacated.

DATED:  2/15/07

                 /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

mill2168.ord