IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAREN JEAN MILLER,

    Petitioner,        No. CIV S-06-2168 DFL GGH P

    vs.

KATHY PROSPER, et al.,

    Respondents.      <u>FINDINGS & RECOMMENDATIONS</u>

                          /

        On February 15, 2007, petitioner was directed to file a notice of change of address within ten days. The ten days have expired, and petitioner has not filed a change of address or otherwise responded to the court's order.

        Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

\\\\\

\\\\\

1

1  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED:  3/30/07                                             /s/ Gregory G. Hollows
4                                                              _____
                                                                UNITED STATES MAGISTRATE JUDGE
   mill2168.nca